UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JAMES H. SCHOLTZ,

    Plaintiff,

v.                                    Case No.: 2:20-cv-362-FtM-38NPM

CORIZON HEALTH, INC.,
KELLY JOHNSON, DOROTHY
COATES, TIMOTHY FARLEY,
FNU PETIT-JEAN, DANIEL
QUIJADA, KYLE NASBY,
NICOLE CREWS, PAUL
DEMPSTER and WILLIAM
HARDEN,

    Defendants.
_____/

## SUMMARY JUDGMENT NOTICE AND COURTESY COPIES

A motion for summary judgment has been filed in compliance with the Case Management and Scheduling Order. Any response to this motion, which may not exceed 25 pages in length, and supporting evidence in compliance with the Case Management and Scheduling Order is due **14 days** after service of the motion unless the Court directs otherwise. The movant may file a reply not to exceed 7 pages in length with pinpoint citations to the record within **7 days** after service of the response unless the Court directs otherwise. The Court will decide the motion on the papers and will not hold oral argument unless directed otherwise.

The parties must submit courtesy copies of any motion, response, and reply that exceeds 25 pages (including exhibits or other supporting evidentiary materials) in length. Courtesy copies should be mailed by United States Mail or other reliable service to Chambers promptly after the electronic filing.

For **pro se litigants** who oppose the motion for summary judgment, if the Court grants the motion, that decision will be the Court's **final decision**, no trial will take place, and you will be precluded from later litigating this matter or any related matters. The Court thus **ADVISES** you that (1) not responding to the motion will signify you do not oppose the motion; (2) all properly supported material facts submitted by the moving party will be considered admitted by you unless you file proper evidentiary materials like affidavits, depositions, and exhibits in opposition; and (3) you may not rely solely on allegations in the unverified pleadings (e.g., complaint and answer) to oppose the motion. *See Griffith v. Wainwright*, 772 F.2d 822, 825 (11th Cir. 1985). The Court also encourages pro se litigants to visit its website for information on proceeding without a lawyer.

FOR THE COURT:
By: /s/ S. Upshaw, Deputy Clerk

January 29, 2021
Copies: All Parties of Record